**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

KENNETH J. ADAMS,

                       Plaintiff,                  **REPORT AND**
                                                              **RECOMMENDATION**
   - against-                                            **CV-09-5637 (SJ)**

ROEHL TRANSPORT, INC., et al.,

                       Defendants.
-------------------------------------------------------------X

**GOLD, Magistrate Judge:**

      By letter to the Court dated March 1, 2010, defendants' counsel reported that the parties had reached a settlement. They have failed to file a stipulation of discontinuance within the time scheduled by the Court. Accordingly, I respectfully recommend that all claims in this action be dismissed with prejudice unless a motion to re-open is filed within 30 days of any Order adopting this Report and Recommendation.

      Any objections to this Report and Recommendation must be filed within fourteen days and in any event no later than June 7, 2010. Failure to file objections within the specified time waives the right to appeal the District Court's Order. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(e), 72; *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989).

                                                                           s/
                                                              **STEVEN M. GOLD**
                                                              **UNITED STATES MAGISTRATE JUDGE**

**May 24, 2010**
**Brooklyn, New York**